| | |
|---|---|
| **MCGUIREWOODS LLP**<br>Jamie D. Wells (SBN 290827)<br>jwells@mcguirewoods.com<br>Anthony Q. Le (SBN 300660)<br>ale@mcguirewoods.com<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA  94111<br>Telephone: 415-844-1972<br>Facsimile: 415-844-1915<br><br>Attorneys for Defendant<br>TD Auto Finance LLC | **KEMNITZER, BARRON & KRIEG, LLP**<br>Kristin Kemnitzer (SBN 278946)<br>kristin@kbklegal.com<br>Adam J. McNeile (SBN 280296)<br>adam@kbklegal.com<br>42 Miller Ave, 3rd Floor<br>Mill Valley, CA 94941<br>Telephone: (415) 632-1900<br>Facsimile: (415) 632-1901<br><br>**WATSONVILLE LAW CENTER**<br>Alison L. Baker (SBN 193601)<br>abaker@wlc.law<br>315 Main St., Ste. 207<br>Watsonville, CA 95076<br>Telephone: (831) 722-2845<br>Facsimile: (831) 761-3295<br><br>Attorneys for Plaintiff<br>Haleja Munoz |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEJA MUNOZ, individually and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>TD AUTO FINANCE LLC; and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. 3:21-cv-01258-EMC<br><br>Honorable Edward Chen<br><br>**THIRD JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY MOTION BRIEFING SCHEDULE**<br><br>Complaint Filed: January 22, 2021<br><br>[*Filed concurrently with Declaration of Anthony Q. Le*] |

Pursuant to Local Rule 6-2 and 7-12, this stipulated request is made by and between Plaintiff Haleja Munoz ("Plaintiff") and Defendant TD Auto Finance LLC ("TDAF") through their respective counsel and in light of the following facts:

## **RECITALS**

WHEREAS, on March 31, 2021, TDAF filed a Motion to Compel Arbitration and Dismiss the Action, or In The Alternative, Dismiss or Strike Plaintiff's Request for Public Injunctive Relief ("Motion") (Dkt. 13);

WHEREAS, Plaintiff's current deadline to file an opposition to the Motion is May 5, 2021, and TDAF's deadline to file a reply in support of the Motion is May 12, 2021 (Dkt. 19);

WHEREAS, the Parties are discussing a potential resolution of the Motion, including the negotiation of a potential stipulation to arbitrate the claims, the scope of the claims potentially subject to arbitration, and whether it should include Plaintiffs' request for public injunctive relief under the Unfair Competition Law;

WHEREAS, the Parties are now also actively discussing potential settlement of the entire action, or arbitration;

WHEREAS, in an effort to conserve the Court and the Parties' time and resources, and to focus the Parties attention and resources to settlement negotiations, the Parties have agreed to modify the briefing schedule;

WHEREAS, the current briefing deadlines related to the Motion would be continued approximately sixty (60) days and modified as follows:

| **Case Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Opposition to the Motion | May 5, 2021 | **July 7, 2021** |
| TDAF's Reply in support of the Motion | May 12, 2021 | **July 14, 2021** |
| Hearing on the Motion | June 17, 2021 at 1:30 PM | **August 12, 2021 (or on a date convenient for the Court)** |

WHEREAS, the Parties respectfully submit and jointly represent to the Court that this requested modification is not the result of any dilatory tactics or lack of diligence by the Parties;

rather, the Parties' ongoing negotiations may result in settlement of the entire action, or arbitration, including avoiding any need for the Court to review briefs, hear oral arguments, and adjudicate the Motion;

WHEREAS, the requested modification will not prejudice any Party;

WHEREAS, the Parties have previously requested two modifications or extensions related to the Motion (Dkts. 6-20);

## STIPULATION

THEREFORE, and subject to the Court's approval, the Parties agree through their respective attorneys to the following:

1. The briefing schedule is modified as follows:

| Case Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Plaintiff's Opposition to the Motion | May 5, 2021 | **July 7, 2021** |
| TDAF's Reply in support of the Motion | May 12, 2021 | **July 14, 2021** |
| Hearing on the Motion | June 17, 2021 at 1:30 PM | **August 12, 2021 (or on a date convenient for the Court)** |

2. All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED:  May 4, 2021                                    **MCGUIREWOODS LLP**


By:   */s/ Anthony Le*
        Anthony Le

Attorneys for Defendant
TD Auto Finance LLC

DATED:  May 4, 2021  **KEMNITZER, BARRON & KRIEG, LLP**
**WATSONVILLE LAW CENTER**

By:  _/s/ Adam McNeile_
   Kristin Kemnitzer
   Adam McNeile

   Attorneys for Plaintiff
   Haleja Munoz

**[PROPOSED] ORDER**

Based on the foregoing stipulated request, and good cause appearing therefor, the Court ORDERS that the Parties briefing schedule related to Defendant TD Auto Finance LLC's Motion to Compel Arbitration and Dismiss the Action, or In The Alternative, Dismiss or Strike Plaintiff's Request for Public Injunctive Relief (Dkts. 13-20) be modified as follows:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition to the Motion | May 5, 2021 | **July 7, 2021** |
| TDAF's Reply in support of the Motion | May 12, 2021 | **July 14, 2021** |
| Hearing on the Motion | June 17, 2021 at 1:30 PM | **August 12, 2021 (or on a date convenient for the Court)** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Honorable Edward M. Chen
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2021, the foregoing document entitled **THIRD JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY MOTION BRIEFING SCHEDULE** was electronically filed using this Court's CM/ECF system; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" as service through CM/ECF to registered e-mail addresses of parties of record in the case.

Dated: May 4, 2021                                          By: _/s/Anthony Le_
                                                                                Anthony Le