1  KEMNITZER, BARRON & KRIEG, LLP
   KRISTIN KEMNITZER        Bar No. 278946
2  ADAM J. MCNEILE           Bar No. 280296
   42 Miller Ave., 3rd Floor
3  Mill Valley, CA  94941
   Telephone:  (415) 632-1900
4  Facsimile:  (415) 632-1901
   kristin@kbklegal.com
5  adam@kbklegal.com

6  WATSONVILLE LAW CENTER
   ALISON L. BAKER           Bar No. 193601
7  315 Main St., Ste. 207
   Watsonville, CA  95076
8  Telephone:  (831) 722-2845
   Facsimile:  (831) 761-3295
9  abaker@wlc.law

10 Attorneys for Plaintiff HALEJA MUNOZ

11 MCGUIREWOODS LLP
   JAMIE D. WELLS            Bar No. 290827
12 ANTHONY Q. LE             Bar No. 300660
   Two Embarcadero Center, Ste. 1300
13 San Francisco, CA  94111-3821
   Telephone:  (415) 844-9944
14 Facsimile:  (415) 844-9922
   jwells@mcguirewoods.com
15 ale@mcguirewoods.com

16 Attorneys for Defendant TD AUTO FINANCE LLC

17

18

19
                    UNITED STATES DISTRICT COURT
20
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
21

22 HALEJA MUNOZ, individually and on          **Case No. 3:21-cv-01258-EMC**
   behalf of the general public,
23                                             **STIPULATION FOR DISMISSAL OF**
                        Plaintiff,             **ENTIRE ACTION WITH PREJUDICE**
24
        vs.
25
   TD AUTO FINANCE LLC; and DOES 1
26 through 50, inclusive,

27                      Defendants.
                                          /
28

The parties, by and through their respective counsel of record, hereby stipulate and request an Order that the above-entitled action be dismissed, in its entirety, with prejudice.

Dated: August 31, 2021        KEMNITZER, BARRON, & KRIEG, LLP

By: /s/ *Kristin Kemnitzer*
KRISTIN KEMNITZER
Attorneys for Plaintiff HALEJA MUNOZ

Dated: August 31, 2021        MCGUIREWOODS LLP

By: /s/ *Jamie D. Wells* (with permission)
JAMIE D. WELLS
Attorneys for Defendant TD AUTO FINANCE LLC

DATED: August 31, 2021

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2
Stipulation for Dismissal